USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-2194 LUIS A. TORRES, Plaintiff, Appellant, v. NATIONAL STARCH & CHEMICAL CORP., ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Juan M. Perez-Gimenez, U.S. District Judge] ____________________ Before Boudin, Stahl and Lynch, Circuit Judges. ____________________ Luis R. Torres on brief pro se. Juan  Carlos  Morales  Ducret and Reichard  &  Escalera on brief for appellee Mallinckrodt Chemical, Inc. Don M. Kennedy ,  Brooks R. Brown ,  Goodwin, Procter & Hoar ,  Manuel A. Guzman, Rosa  Maria  Cruz, and McConnell  Valdes on brief for appellee Fisher Scientific Company. Enrique Peral and Munoz  Boneta  Gonzalez Arbona  Benitez &  Peral on brief for appellee Baxter Healthcare Corp. Ricardo  R. Rodriguez-Padilla, Orlando  Duran-Medero and Ricardo  L. Rodriguez-Padilla  Law  Offices on brief for appellee JT Baker Chemical Company. ____________________ SEPTEMBER 25, 1997 ____________________ Per Curiam . We have carefully reviewed the district court record and the parties' briefs and affirm the judgment of the district court for essentially the reasons set out in its Opinions and Orders, dated March 23, 1995 and July 9, 1996. In relation to the court's grant of summary judgment for JT Baker Chemical Co., appellant only argues that he never received notice of Baker's motion; he does not claim that he failed to receive a copy of the district court's opinion granting summary judgment. By not presenting the question of notice to the district court in the first instance, appellant has forfeited appellate review of the issue. See Johnston v. Holiday  Inns,  Inc., 595 F.2d 890, 894 (1st Cir. 1979). We therefore do not address the merits of the Opinion and Order, dated August 22, 1995. Affirmed. See Local Rule 27.1. -2-